# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| DEALDASH OYJ and DEALDASH INC., | ) Civ. A. No. 3:19-mc-00049 |
| *Plaintiff,* | ) |
| v. | ) |
| CONTEXTLOGIC INC. d/b/a WISH, | ) MAY 2, 2019 |
| *Defendants.* | ) |

**PLAINTIFFS DEALDASH OYJ AND DEALDASH INC.'S
MOTION TO SEAL EXHIBIT C TO THEIR MEMORANDUM
IN OPPOSITION TO DEFENDANT CONTEXTLOGIC INC. d/b/a WISH'S
"EMERGENCY" MOTION TO COMPEL DYNATA TO COMPLY WITH A
SUBPOENA DUCES TECUM PURSUANT TO D. CONN. L. R. 7(a)(4) and (6)**

Pursuant to Rule 5(e) of the Local Rules of Civil Procedure, Plaintiffs DealDash Oyj and DealDash Inc. (collectively "DealDash") hereby move to seal Exhibit C to their Memorandum in Opposition to the "Emergency" Motion to Compel Dynata to Comply With a Subpoena Duces Tecum Pursuant to D. Conn. L. R. 7(a)(4) and (6) filed by Defendant ContextLogic Inc. d/b/a Wish ("Wish") on April 22, 2019 (the "Opposition").

Exhibit C to the Opposition is the expert report of Wish's survey expert, Philip Johnson. Wish designated Exhibit C as "CONFIDENTIAL" pursuant to Section 5.2(c) of the Parties' Stipulated Protective Order in the California Action. *See DealDash Oyj v. ContextLogic, Inc.*, Dkt. No. 3:18-cv-02353 (N.D. Ca.), Doc. No. 80 (the "Protective Order"). In light of the confidentiality designation made by Wish in the California Action, DealDash has provisionally filed Exhibit C under seal. DealDash takes no position on the confidentiality of Exhibit C, but makes the filing under seal to allow Wish to demonstrate good cause why Mr. Johnson's report should be sealed. *See* Fed. R. Civ. P. 5(e) ("For good cause shown, the court may by order in a

-2-

case . . . limit or prohibit a nonparty's remote electronic access to a document filed with the court").

DealDash has served a copy of Exhibit C on counsel for Wish via e-mail. Because Dynata is not a party to the protective order, DealDash has not served counsel for Dynata with a copy of the sealed exhibit.

PLAINTIFFS DEALDASH OYJ
and DEALDASH INC.

By: */s/ Jonathan B. Tropp*
Jonathan B. Tropp (ct11295)
E-mail: jbtropp@daypitney.com
Helen Harris (ct26816)
E-mail: hharris@daypitney.com
Andraya Pulaski Brunau (ct29715)
E-mail: abrunau@daypitney.com
Day Pitney LLP
195 Church Street, 15th Floor
New Haven, CT 06510
Tel. : 203-977-7300
Fax : 203-977-7301
*Their Attorneys*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2019, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

By:   */s/ Andraya P. Brunau*
        Andraya P. Brunau

102724721